IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| BRUCE J. GARAND, | ) |
|    Plaintiff, | ) CIVIL ACTION NO. 2:13-CV-00384 |
| v. | ) |
| HALL INDUSTRIAL INSULATION SERVICE, INC. et al. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN T. NEUMEYER**

    Ryan T. Neumeyer, undersigned counsel for Defendants Hall Industrial Insulation Service, Inc. and John Hall hereby moves that Ryan T. Neumeyer be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Hall Industrial Insulation Service, Inc. and John Hall in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ryan T. Neumeyer filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                    Respectfully submitted,

Dated: April 3, 2013                    *s/Ryan T. Neumeyer*
                                          Ryan T. Neumeyer (0076498)
                                          Ross, Brittain & Schonberg Co., L.P.A.
                                          6480 Rockside Woods Blvd. South – Suite 350
                                          Cleveland, Ohio 44131-2547
                                          Tel: 216-447-1551 / Fax: 216-447-1554
                                          Email: rneumeyer@rbslaw.com

                                          COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2013 copies of the foregoing Motion for Admission *Pro Hac Vice* of Ryan T. Neumeyer was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Ryan T. Neumeyer*
Counsel for Defendant
