IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

BRUCE J. GARAND, )
)
  Plaintiff, ) CIVIL ACTION NO. 2:13-CV-00384
)
v. )
)
HALL INDUSTRIAL INSULATION )
SERVICE, INC. *et al.* )

### AFFIDAVIT OF RYAN T. NEUMEYER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan T. Neumeyer, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Hall Industrial Insulation Service and John Hall in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ryan T. Neumeyer, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm of Ross, Brittain & Schonberg Co. LPA.

2. My business address is:
   6480 Rockside Woods Boulevard, South, Suite 350, Cleveland, Ohio 44131.

3. I am a member in good standing of the bar of the State of Ohio, the State of Illinois, the United States District Court, Northern District of Ohio, the United States District Court, Southern District of Ohio, the United States Court, Northern District of Illinois.

4. My bar identification number is State of Ohio Bar No. 0076498.

5. A current certificate of good standing from United States District Court, Northern District of Ohio is attached to this Affidavit as Exhibit A.

6. I have no previous disciplinary proceedings concerning my practice of law in any regard.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 4/3/13

Affiant: _____
Ryan T. Neumeyer

Sworn to and subscribed before me on this 3rd day of April 2013.

_____
Notary Public

My Commission Expires: 05/06/2017

LORRAINE J. GEIGER
Notary Public, State of Ohio
Cuyahoga County
My Comm. Expires 05/06/2017