


**AO 136**
**(Rev. 10/98)**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        :

                               :      ss.

NORTHERN DISTRICT OF OHIO        :

        I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, **DO HEREBY**

**CERTIFY**, **that Ryan T. Neumeyer 0076498,** was duly admitted to practice in said Court on January 22,

2004  and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH,                         **GERI M. SMITH**_____
                                                  **Clerk of Court**

April 3, 2013                                     Kelly Copeland
                                        By:_____

                                            Deputy Clerk



EXHIBIT A