# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH

| | |
|---|---|
| BRUCE J. GARAND, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO. 2:13-CV-00384** |
| ) | |
| v. ) | |
| ) | |
| HALL INDUSTRIAL INSULATION ) | |
| SERVICE, INC. et al. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICK A NYKULAK

Nick A. Nykulak, undersigned counsel for Defendants Hall Industrial Insulation Service, Inc. and John Hall hereby moves that Nick A. Nykulak be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Hall Industrial Insulation Service, Inc. and John Hall in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Nick A. Nykulak filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                              Respectfully submitted,

Dated: April 3, 2013            *s/* Nick A. Nykulak
                                        Nick A. Nykulak (0075961)
                                        Ross, Brittain & Schonberg Co., L.P.A.
                                        6480 Rockside Woods Blvd. South – Suite 350
                                        Cleveland, Ohio  44131-2547
                                        Tel: 216-447-1551 / Fax: 216-447-1554
                                        Email: nickn@rbslaw.com

                                        COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2013 copies of the foregoing Motion for Admission *Pro Hac Vice* of Nick A. Nykulak was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/* Nick A. Nykulak
Counsel for Defendants
