


AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ss. |
| NORTHERN DISTRICT OF OHIO | : | |

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, **DO HEREBY CERTIFY**, **that Nick A. Nykulak 0075961,** was duly admitted to practice in said Court on March 24, 2006 and is in good standing as a member of the bar of said Court.



Dated at Cleveland, OH,

April 3, 2013

**GERI M. SMITH**
**Clerk of Court**
       Kelly Copeland
By:_____
      Deputy Clerk



EXHIBIT A